M. Mangan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed November 27, 1923. Rehearing denied December 8, 1923.

Max Luster, for appellant; Julian J. Luster, of counsel. Miller, Gorham, Wales & Noxon and Orlaf Anderson, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

Tony Stropoli, appellee, v. Boyda Dairy Company, appellant. Gen. No. 28,544.

Suit for personal injuries sustained through negligent driving of defendant's automobile truck. Judgment for plaintiff for $2,250. Appeal from the Superior Court of Cook county; the Hon. E. D. Shurtleff, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed November 27, 1923. Rehearing denied December 8, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Edward H. Kubitz, for appellant. Finn & Miller, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

Universal Vending Service Company, appellee, v. Tony DeMeo, appellant. Gen. No. 28,449.

Forcible detainer to recover possession of news stand and concession space in elevated railroad station. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed November 27, 1923.

William J. Moore, for appellant. Schuyler, Ettelson & Weinfeld, for appellee.

Per Curiam.

---

Universal Vending Service Company, appellee, v. John Napolentano and Alfonso Probenzano, appellants. Gen. No. 28,572.

Consolidated with No. 28,571, ante. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district. Affirmed. Opinion filed November 27, 1923.

Per Curiam.

---

Universal Vending Service Company, appellee, v. George Alexander, appellant. Gen. No. 28,573.

Consolidated with No. 28,578 ante. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district. Affirmed. Opinion filed November 27, 1923.

Per Curiam.

---

Universal Vending Service Company, appellee, v. Jerardo Altiere, also known as J. K. Altiere, appellant. Gen. No. 28,574.

Consolidated with No. 28,578 ante. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding.